IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DONALD GLISTA and | : | CIVIL ACTION |
| WILLIAM L. ORR | : | NO.  13-04668 |
| | : | |
| v. | : | |
| | : | |
| NORFOLK SOUTHERN | : | |
| RAILWAY COMPANY | : | |

## **ORDER**

AND NOW, this 21st day of March, 2014 upon consideration of defendant Norfolk Southern Railway Company's motion to dismiss or in the alternative for transfer of venue (Dkt. No. 5), all responses and replies thereto and after oral argument on the motion, it is ORDERED that Norfolk Southern Railway Company's motion is DENIED to the extent that it seeks dismissal for lack of subject matter jurisdiction and GRANTED to the extent that it seeks to transfer venue.

The Clerk is directed to TRANSFER this case to the United States District Court for the Western District of Pennsylvania forthwith.

  /s/ Thomas N. O'Neill Jr.  
THOMAS N. O'NEILL, JR., J.